IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PATRICK THELAN,

        Petitioner,

-vs-

JAMES CROSS, JR.
*Warden*,

        Respondent.               No. 13-cv-1172-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on September 19, 2014 (Doc.21), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 is **DENIED** and **DISMISSED with prejudice.**

                                       JUSTINE FLANAGAN,
                                       ACTING CLERK OF COURT


                              BY:  s/*Caitlin Fischer*
                                        **Deputy Clerk**

**DATED:** September 19, 2014

Digitally signed by
David R. Herndon
Date: 2014.09.19
16:16:22 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**